IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE ENTERTAINMENT, LLC; et al.,<br><br>Defendants. | Case No. 0:24-cv-61444-RAR |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joel Griswold, of Baker & Hostetler LLP, enters his appearance as counsel for Defendants Alliance Entertainment, LLC and DirectToU, LLC. All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned as counsel of record at the address listed below.

Dated: August 16, 2024

Respectfully submitted,

*/s/ Joel Griswold*
Joel Griswold (Florida Bar No. 1008827)
Baker & Hostetler LLP
One North Wacker Drive
Suite 3700
Chicago, Illinois 60606
T: (312) 416-6200
F: (312) 416-6201
jcgriswold@bakerlaw.com

*Attorneys for Defendants*
*Alliance Entertainment, LLC*
*DirectToU, LLC,*
*d/b/a Collectors' Choice Music*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on August 16, 2024, the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which will provide notice of such filing to all parties of record.

/s/ Joel Griswold
Joel Griswold