UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:24-cv-61444

DOUGLAS FELLER; JEFFRY HEISE;
JOSEPH MULL, individually and on behalf
of all others similarly situated,

      Plaintiffs,

v.

ALLIANCE ENTERTAINMENT, LLC; and
DIRECTTOU, LLC d/b/a Collectors' Choice
Music, Critics' Choice Video, Movies Unlimited,
Deep Discount, and WOW HD,

      Defendants.

                                    /

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

      In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Bonnie Keane DelGobbo of the law firm of Baker & Hostetler, LLP, One N. Wacker Drive, Suite 3700, Chicago, Illinois 60606 (312) 416-8185, for purposes of appearance as co-counsel on behalf of Alliance Entertainment, LLC and DirectToU, LLC. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Bonnie Keane DelGobbo to receive electronic filings in this case, and in support thereof states as follows:

      1.    Bonnie Keane DelGobbo is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of Illinois and the United States District Court for the Northern District of Illinois.

      2.    Movant, Joel C. Griswold - 1008827, of the law firm of Baker & Hostetler, LLP, One N. Wacker Drive, Suite 3700, Chicago, Illinois 60606, (312) 416-6238, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be

designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Bonnie Keane DelGobbo has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Bonnie Keane DelGobbo, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Bonnie Keane DelGobbo at email address: bdelgobbo@bakerlaw.com.

WHEREFORE, Joel C. Griswold, moves this Court to enter an Order granting Bonnie Keane DelGobbo to appear before this Court on behalf of Alliance Entertainment, LLC and DirectToU, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Bonnie Keane DelGobbo.

Date: August 19, 2024                    Respectfully submitted,

/s/ Joel C. Griswold
Joel C. Griswold
Baker & Hostetler LLP
One North Wacker Drive
Suite 3700
Chicago, IL 60606
T (312) 416-6238
jcgriswold@bakerlaw.com

*Attorneys for Alliance Entertainment, LLC and DirectToU, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:24-cv-61444

DOUGLAS FELLER; JEFFRY HEISE;
JOSEPH MULL, individually and on behalf
of all others similarly situated,

      Plaintiff,

v.

ALLIANCE ENTERTAINMENT, LLC; and
DIRECTTOU, LLC d/b/a Collectors' Choice
Music, Critics' Choice Video, Movies Unlimited,
Deep Discount, and WOW HD,

      Defendant.

_____/

## CERTIFICATION OF BONNIE KEANE DELGOBBO

Bonnie Keane DelGobbo, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State of Illinois and the United States District Court for the Northern District of Illinois; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                              /s/ Bonnie Keane DelGobbo
                                              Bonnie Keane DelGobbo – IL# 6309394
                                              **Baker & Hostetler LLP**
                                              One N. Wacker Drive, Suite 3700
                                              Chicago, Illinois 60606
                                              (312) – 416-8185
                                              bdelgobbo@bakerlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 0:24-cv-61444

DOUGLAS FELLER; JEFFRY HEISE;
JOSEPH MULL, individually and on behalf
of all others similarly situated,

    Plaintiffs,
v.
ALLIANCE ENTERTAINMENT, LLC; and
DIRECTTOU, LLC d/b/a Collectors' Choice
Music, Critics' Choice Video, Movies Unlimited,
Deep Discount, and WOW HD,

    Defendants.    /

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Bonnie Keane DelGobbo, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Bonnie Keane DelGobbo, may appear and participate in this action on behalf of Alliance Entertainment, LLC and DirectToU, LLC. The Clerk shall provide electronic notification of all electronic filings to Bonnie Keane DelGobbo, at bdelgobbo@bakerlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

                                                            United States District Judge

Copies furnished to: All Counsel of Record