**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
FT. LAUDERDALE DIVISION

CASE NO. 0:24-CV-61444-RAR

DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

ALLIANCE ENTERTAINMENT, LLC; and DIRECTTOU, LLC d/b/a Collectors' Choice Music, Critics' Choice Video, Movies Unlimited, DeepDiscount, and WOW HD,

    Defendants.

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiffs Douglas Feller, Jeffry Heise, and Joseph Mull hereby provide notice as required under the Court's Order Requiring Scheduling Report and Certificates of Interested Parties. (ECF No. 15). Plaintiffs identify the following persons and entities as having a financial interest in the case:

Plaintiff Douglas Feller

Plaintiff Jeffry Heise

Plaintiff Joseph Mull

Defendant Alliance Entertainment, LLC and related entities as disclosed

Defendant DirectToU, LLC and related entities as disclosed

Hedin LLP (counsel for Plaintiffs)

Frank S. Hedin (counsel for Plaintiffs)

Arun G. Ravindran (counsel for Plaintiffs)

Elliot O. Jackson (counsel for Plaintiffs)

Julie E. Holt (counsel for Plaintiffs)

Baker & Hostetler LLP (counsel for Defendants)

    Joel Griswold (counsel for Defendants)

    Bonnie Keane DelGobbo (counsel for Defendants)

Dated: August 21, 2024

Respectfully submitted,

By: s/ *Arun G. Ravindran*

**HEDIN LLP**
FRANK S. HEDIN (FBN: 109698)
ARUN G. RAVINDRAN (FBN: 66247)
ELLIOT O. JACKSON (FBN: 1034536)
JULIE E. HOLT (FBN: 95997)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com
       aravindran@hedinllp.com
       ejackson@hedinllp.com
       jholt@hedinllp.com

*Counsel for Plaintiffs and the Putative Class*