**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:24-cv-61444-RAR**

DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

ALLIANCE ENTERTAINMENT, LLC; and DIRECTTOU, LLC d/b/a Collectors' Choice Music, Critics' Choice Video, Movies Unlimited, DeepDiscount, and WOW HD

    Defendants.

## PLAINTIFF'S NOTICE OF STRIKING

Pursuant to the Clerk's Notice reflected in Docket Entry 21, Plaintiffs file this Notice of Striking Docket Entry 21. Immediately following the filing of this Notice of Striking, Plaintiff will file the correct Notice of Appearance.

Respectfully submitted, this 29th day of August 2024.

By: */s/ Frank S. Hedin*

**HEDIN LLP**
FRANK S. HEDIN (FBN: 109698)
ARUN G. RAVINDRAN (FBN: 66247)
ELLIOT O. JACKSON (FBN: 1034536)
JULIE E. HOLT (FBN: 95997)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com
aravindran@hedinllp.com
ejackson@hedinllp.com
jholt@hedinllp.com

*Counsel for Plaintiffs and the Putative Class*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

Respectfully Submitted,

**HEDIN LLP**
FRANK S. HEDIN (FBN: 109698)
ARUN G. RAVINDRAN (FBN: 66247)
ELLIOT O. JACKSON (FBN: 1034536)
JULIE E. HOLT (FBN: 95997)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com
aravindran@hedinllp.com
ejackson@hedinllp.com
jholt@hedinllp.com

*Counsel for Plaintiffs and the Putative Class*