# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

| | |
|---|---|
| DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>   v.<br><br>ALLIANCE ENTERTAINMENT, LLC; AND DIRECTTOU, LLC D/B/A COLLECTORS' CHOICE MUSIC, CRITICS' CHOICE VIDEO, MOVIES UNLIMITED, DEEPDISCOUNT, AND WOW HD,<br><br>            Defendants. | Case No. 0:24-cv-61444 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Julie E. Holt, Esq., of Hedin LLP, hereby enters her appearance as counsel for Plaintiffs Douglas Feller, Jeffry Heise, Joseph Mull, and the putative class. All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned as additional counsel of record at the address listed below.

Date: <u>August 29, 2024</u>

Respectfully submitted,

**HEDIN LLP**
Julie E. Holt (FBN: 95997)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: jholt@hedinllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification of such filing to all parties of record.

*/s/ Julie E. Holt*