IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

ALLIANCE ENTERTAINMENT, LLC; et al.,

    Defendants.

Case No. 0:24-cv-61444-RAR

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendants Alliance Entertainment, LLC ("Alliance"") and DirectToU, LLC ("DirectToU"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 7.1, hereby file the Certificate of Interested Parties and Corporate Disclosure Statements as follows:

1. Alliance and DirectToU are each wholly owned subsidiaries of Project Panther Acquisition Corporation ("Project Panther"). Project Panther is a wholly owned subsidiary of publicly-held Alliance Entertainment Holding Corporation (AENT:NASDAQ).

2. Persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    a. Plaintiffs;

    b. Defendants Alliance and DirectToU;

    c. Parent company Project Panther;

    d. Alliance Entertainment Holding Company;

   e. Counsel for all parties involved in this litigation;

   f. Continental Casualty Company.

Dated:  September 9, 2024       Respectfully submitted,

                */s/ Joel Griswold*
                Joel Griswold (Florida Bar No. 1008827)
                Bonnie Keane DelGobbo (*pro hac vice*)
                Baker & Hostetler LLP
                One North Wacker Drive
                Suite 3700
                Chicago, Illinois 60606
                T: (312) 416-6200
                F: (312) 416-6201
                jcgriswold@bakerlaw.com
                bdelgobbo@bakerlaw.com

                *Attorneys for Defendants*
                *Alliance Entertainment, LLC*
                *DirectToU, LLC,*
                *d/b/a Collectors' Choice Music*

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on September 9, 2024, the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which will provide notice of such filing to all parties of record.

                                          */s/ Joel Griswold*
                                          Joel Griswold