**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

| | |
|---|---|
| DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALLIANCE ENTERTAINMENT, LLC; et al.,<br><br>        Defendants. | Case No. 0:24-cv-61444-RAR<br><br>Hon. Rodolfo A. Ruiz II |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendants Alliance Entertainment, LLC ("Alliance") and DirectToU, LLC ("DirectToU"), by and through their undersigned counsel, hereby move for entry of an Order granting a 21-day extension of time, up to and including November 1, 2024, to serve their response to the Complaint, and in support state as follows:

1. Plaintiffs filed their Complaint on August 8, 2024.

2. Defendants executed waivers of service, making their responsive pleading due October 11, 2024. (ECF Nos. 11-12.)

3. In accordance with this Court's Order, (ECF No. 27), the parties have scheduled a mediation on October 10, 2024, and will file a joint mediation report with the Court within seven days of the mediation.

4. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(1)(J), good cause for the extension exists because the brief extension will allow Defendants to conserve resources for settlement.

5. This extension is sought in good faith and not for purposes of improper delay.

6. Counsel for Defendants conferred with counsel for Plaintiffs regarding the extension, and Plaintiffs do not oppose the relief requested.

WHEREFORE, Defendants Alliance Entertainment, LLC and DirectToU, LLC respectfully request the entry of an Order granting a 21-day extension of time to respond to the Complaint, up to and including November 1, 2024, and for any other relief the court may deem just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), I hereby certify that the undersigned conferred with Plaintiffs' counsel about the relief sought, and Plaintiffs' counsel does not oppose the requested relief.

Dated: September 24, 2024

Respectfully submitted,

/s/ Joel Griswold
Joel Griswold (Florida Bar No. 1008827)
Bonnie Keane DelGobbo (*pro hac vice*)
Baker & Hostetler LLP
One North Wacker Drive
Suite 3700
Chicago, Illinois 60606
T: (312) 416-6200
F: (312) 416-6201
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com

*Attorneys for Defendants*
*Alliance Entertainment, LLC*
*DirectToU, LLC,*
*d/b/a Collectors' Choice Music*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on September 24, 2024, the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which will provide notice of such filing to all parties of record.

*/s/ Joel Griswold*
Joel Griswold