**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-61444-RAR**

DOUGLAS FELLER; JEFFRY HEISE;
JOSEPH MULL, individually and on behalf of all
others similarly situated,

     Plaintiffs,

  v.

ALLIANCE ENTERTAINMENT, LLC; and
DIRECTTOU, LLC D/B/A COLLECTORS'
CHOICE MUSIC, CRITICS' CHOICE VIDEO,
MOVIES UNLIMITED, DEEPDISCOUNT, AND
WOW HD,

     Defendants.

**JOINT MOTION TO CONDUCT VIRTUAL MEDIATION AND APPOINT THE HON.**
**JAMES F. HOLDERMAN (RET.) AS MEDIATOR**

Plaintiffs Douglas Feller, Jeffry Heise, and Joseph Mull and Defendants Alliance

Entertainment, LLC and DirectToU, LLC d/b/a Collectors' Choice Music, Critics' Choice Video,

Movies Unlimited, DeepDiscount, and WOW HD (collectively, "the Parties") jointly move for an

order approving the parties' selection of the Hon. James F. Holderman (ret.) as mediator and

permitting the mediation to occur by videoconference.  In support, the Parties state as follows:

(1)  The Parties have jointly selected the Hon. James F. Holderman, retired Chief

District Judge – U.S. District Court for the Northern District of Illinois, and currently a neutral

with JAMS, to serve as the mediator in this putative class action that alleges violations of the Video

Privacy Protection Act ("VPPA"), 18 U.S.C. § 2701 *et. seq*.  The Parties have chosen Judge

Holderman based on his significant experience in assisting parties resolve data privacy class

actions, including actions under the VPPA, and the Parties' assessment Judge Holderman will

effectively and fairly act as a neutral in this dispute.  (*See Curriculum Vitae of* the *Hon. James F. Holderman* (ret.) attached as Exhibit A).

(2)	Pursuant to the Court's Order dated September 11, 2024 (ECF No. 27), the Parties' deadline to select a mediator is October 1, 2024.  Provided the Court approves Judge Holderman to serve as mediator the parties have arranged to attend mediation, remotely, before Judge Holderman on (or before) June 2, 2025.

(3)	While Judge Holderman is not on the Court's Certified Mediator's List, he otherwise meets all the criteria set forth in Local Rule 16.2(b)(3), has reviewed Local Rule 16.2, and agrees to comply with his obligations thereunder and under all applicable authorities. Accordingly, the Parties ask that this Court appoint him to serve as mediator in this case.

(4)	Because Judge Holderman is based in Chicago, Illinois and given the significant costs to travel for an in-person mediation, the Parties request permission to conduct the mediation by virtual means.

**WHEREFORE**, the Parties respectfully request that the Court approve the Hon. James F. Holderman (ret.) to serve as the mediator in this case and to conduct mediation remotely.

DATED: October 1, 2024 | Respectfully Submitted,

/s/ *Arun Ravindran*
**Arun G. Ravindran** (FBN: 66247)
Hedin LLP
Frank S. Hedin (FBN: 109698)
Julie E. Holt (FBN: 95997)
Elliot O. Jackson (FBN: 1034536)
1395 Brickell Avenue, Suite 610
Miami, FL 33131
305-357-2107
Email: aravindran@hedinllp.com

*Attorneys for Plaintiffs*

/s/ *Bonnie Keane DelGobbo*
Bonnie Keane DelGobbo (*pro hac vice*)
Baker Hostetler
One North Wacker Drive
New York, NY  10036
Suite 3700
Chicago, IL 60606
bdelgobbo@bakerlaw.com

*Attorneys for Defendants*