**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-61444-RAR**

DOUGLAS FELLER; JEFFRY HEISE;
JOSEPH MULL, individually and on behalf of all others similarly situated,

     Plaintiffs,

 v.

ALLIANCE ENTERTAINMENT, LLC; and DIRECTTOU, LLC D/B/A COLLECTORS' CHOICE MUSIC, CRITICS' CHOICE VIDEO, MOVIES UNLIMITED, DEEPDISCOUNT, AND WOW HD,

     Defendants.

**ORDER GRANTING JOINT MOTION TO CONDUCT VIRTUAL MEDIATION AND APPOINTING THE HON. JAMES F. HOLDERMAN (RET.) AS MEDIATOR**

  **THIS CAUSE** comes before the Court upon the Parties' Joint Motion to Conduct Virtual Mediation and to Appoint the Hon. James F. Holderman (Ret.) as Mediator.

Upon review, it is ORDERED THAT:

  The Motion is **GRANTED**. Judge Holderman is appointed as mediator and, for the reasons provided in the Joint Motion, the mediation may be conducted remotely.

  DONE AND OREDRED this _____ day of _____, 2024.

                  _____
                  Rodolfo A. Ruiz II
                  United States District Judge

cc: All counsel of Record