UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-61444-RAR

**DOUGLAS FELLER,** *et al.*,

    Plaintiffs,

v.

**ALLIANCE ENTERTAINMENT, LLC,** *et al.*,

    Defendants.
_____/

### ORDER SCHEDULING MEDIATION

**THIS CAUSE** comes before the Court on the Joint Motion to Conduct Virtual Mediation and Appoint the Hon. James F. Holderman (ret.) As Mediator ("Motion"), [ECF No. 30]. Having carefully reviewed the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The mediation conference in this matter shall be held with the Hon. James F. Holderman (ret.) **on or before June 2, 2025 via Videoconference**. A report of the mediation must be filed within **seven (7) days** of the mediation conference.

**DONE AND ORDERED** in Miami, Florida, this 30th day of September, 2024.

                                                            **RODOLFO A. RUIZ II**
                                                            **UNITED STATES DISTRICT JUDGE**