# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DOUGLAS FELLER; JEFFRY HEISE; and JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br>   v.<br><br>ALLIANCE ENTERTAINMENT, LLC; and DIRECTTOU, LLC D/B/A COLLECTORS' CHOICE MUSIC, CRITICS' CHOICE VIDEO, MOVIES UNLIMITED, DEEPDISCOUNT, AND WOW HD,<br><br>               Defendant. | Case No. 0:24-cv-61444 |

## **ORDER GRANTING MOTION TO ENLARGE CASE MANAGEMENT DEADLINES**

THIS CAUSE comes before the Court upon Plaintiffs' Unopposed Motion for Enlargement of Case Management Deadlines. Upon review, it is ordered that

The Motion is **Granted.** The Order Setting Jury Trial Schedule (ECF No. 27) is modified <u>only</u> as follows and remains unaltered in all other respects:

**December 22, 2024**. The parties shall file all motions to amend pleadings or to join parties.

**January 3, 2024**. Parties exchange expert witness summaries or reports on issues of class certification.

**January 20, 2024**. Parties exchange rebuttal expert witness summaries or reports on issues of class certification.

**February 7, 2025**. Deadline for completing class certification discovery.

**March 4, 2025**. Plaintiff files motion for class certification, with the parties' subsequent briefing due within the time permitted by the Local Rules.

**June 13, 2025**. The parties shall exchange expert witness summaries or reports.

2

**June 27, 2025**. The parties shall exchange rebuttal expert witness summaries or reports.

**July 10, 2025**. All discovery, including expert discovery, shall be completed.

**July 17, 2025**. The parties must have completed mediation and filed a mediation report.

**July 24, 2025**. The parties shall file all pre-trial motions, including motions for summary judgment, and *Daubert* motions.

The case is set for trial during the Court's two-week trial calendar beginning on **November 3, 2025**. Counsel for all parties shall also appear at a calendar call at **11:00 a.m. on October 28, 2025**.

**DONE AND ORDERED** in Miami, Florida on this _____ day of October, 2024.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE