**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-61444-RAR**

**DOUGLAS FELLER,** *et al.*,

    Plaintiffs,

v.

**ALLIANCE ENTERTAINMENT, LLC**, *et al.*,

    Defendants.

_____/

### ORDER GRANTING MOTION TO ENLARGE CASE MANAGEMENT DEADLINES AND AMENDING JURY TRIAL SCHEDULING ORDER

**THIS CAUSE** comes before the Court upon Plaintiffs' Unopposed Motion for Enlargement of Case Management Deadlines ("Motion"), filed on October 14, 2024. *See* [ECF No. 33]. The Court finds good cause to **GRANT** the requested continuance. The Order Setting Jury Trial Schedule, [ECF No. 27], is amended only as follows and remains unaltered in all other respects:

The case is now set for trial during the Court's two-week trial calendar beginning on **November 3, 2025**. Counsel for all parties shall also appear at a calendar call at **11:00 a.m. on October 28, 2025**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 11-2, 11th Floor, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128. The parties shall adhere to the following amended deadlines:

**December 22, 2024**. The parties shall file all motions to amend pleadings or to join parties.

**January 3, 2025**. The parties shall exchange expert witness summaries or reports on issues of class certification.

**January 21, 2025**.  The parties shall exchange rebuttal expert witness summaries or reports on issues of class certification.

**February 7, 2025**.  Deadline for completing class certification discovery.

**March 4, 2025**.  Plaintiffs shall file motion for class certification, with the parties' subsequent briefing due within the time permitted by the Local Rules.

**June 13, 2025**.  The parties shall exchange expert witness summaries or reports.

**June 27, 2025**.  The parties shall exchange rebuttal expert witness summaries or reports.

**July 10, 2025**.  All discovery, including expert discovery, shall be completed.

**July 17, 2025**.  The parties shall have completed mediation and filed a mediation report.

**July 24, 2025**.  The parties shall file all pre-trial motions, including motions for summary judgment, and *Daubert* motions.  Each party is limited to filing one *Daubert* motion. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages.  **The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification.**

**July 24, 2025**.  Deadline for submitting consent to trial and final disposition by the Magistrate Judge.

**August 22, 2025**.  The parties shall submit a joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and shall file any motions *in limine* (other than *Daubert* motions).  Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules.  **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

**DONE AND ORDERED** in Miami, Florida, this 15th day of October, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**