IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE ENTERTAINMENT, LLC; et al.,<br><br>Defendants. | Case No. 0:24-cv-61444-RAR<br><br>Hon. Rodolfo A. Ruiz II |

**JOINT MEDIATION REPORT AND NOTICE OF FILING MEDIATOR'S REPORT**

Plaintiffs Douglas Feller, Jeffry Heise, and Joseph Mull (collectively, "Plaintiffs") and Defendants Alliance Entertainment, LLC ("Alliance") and DirectToU, LLC ("DirectToU"), pursuant to Local Rule 16.2 and the Court's September 11, 2024 Order (ECF No. 27), hereby report that they completed a full-day mediation on October 10, 2024 with the Hon. James Holderman (Ret.) of JAMS. The case did not settle and the mediator acknowledged the parties are at impasse. The Mediator's Report is attached hereto as Exhibit A.

Dated: October 16, 2024

Respectfully submitted,

*/s/ Joel Griswold*
Joel Griswold (Florida Bar No. 1008827)
Bonnie Keane DelGobbo (*pro hac vice*)
Baker & Hostetler LLP
One North Wacker Drive
Suite 3700
Chicago, Illinois 60606
T: (312) 416-6200
F: (312) 416-6201
jcgriswold@bakerlaw.com

bdelgobbo@bakerlaw.com

*Attorneys for Defendants*
*Alliance Entertainment, LLC*
*DirectToU, LLC,*
*d/b/a Collectors' Choice Music*

**HEDIN LLP**

/s/ Arun G. Ravindran
Arun G. Ravindran (FBN: 66247)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: Aravindran@hedinllp.com

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on October 16, 2024, the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which will provide notice of such filing to all parties of record.

/s/ *Joel Griswold*
Joel Griswold