# Exhibit A

| | |
|---|---|
| **From:** | Deborah Stewart |
| **To:** | fhedin@hedinllp.com; jholt@hedinllp.com; aravindran@hedinllp.com; ejackson@hedinllp.com; DelGobbo, Bonnie Keane; Griswold, Joel C. |
| **Cc:** | James Holderman; Nicholas Cichon |
| **Subject:** | Feller, Douglas, et al. vs. Alliance Entertainment, LLC, et. al. - JAMS# 1340021748 A Message from Judge Holderman |
| **Date:** | Monday, October 14, 2024 8:17:26 AM |

**[External Email: Use caution when clicking on links or opening attachments.]**

## A Message from Judge Holderman

Date: 10/14/24

JAMS# 1340021748

Dear Counsel:

Thank you for your efforts during our Mediation on Thursday. As we progressed, it became clear that each Side's assessment of the case is so different from the other Side's assessment that a resolution could not be reached *at this time*.

Please keep in mind as motion practice and discovery proceed, other opportunities for further settlement discussions may arise that could ultimately lead to a settlement.

I am happy to continue the mediation process at any point you believe my involvement will help reach a settlement. So, when that occurs, please reach out to my case manager, Deb Stewart, at dstewart@jamsadr.com, we can reconvene our mediation consistent with everyone's schedule and, hopefully, achieve a settlement everyone can live with.

Best regards to each of you,

Jim

Hon. James F. Holderman (Ret.)

JAMS Mediation Neutral Analysis

jholderman@jamsadr.com

312-505-8716

**Deborah Stewart**
Senior Case Manager

**JAMS - *Local Solutions. Global Reach.*™**
71 S. Wacker Drive | Suite 2400 | Chicago, IL 60606
P: 312-655-9192 | Fax: 312-655-0644
**www.jamsadr.com**

**Follow us on:**



**Successfully Resolve Your Case Remotely**
**Learn more about our Virtual and Hybrid capabilities.**