# EXHIBIT 3

**From:** Arun Ravindran aravindran@hedinllp.com
**Subject:** Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management
**Date:** October 14, 2024 at 16:34
**To:** Griswold, Joel C. jcgriswold@bakerlaw.com, DelGobbo, Bonnie Keane bdelgobbo@bakerlaw.com
**Cc:** Frank Hedin fhedin@hedinllp.com, jholt@hedinllp.com, Elliot Jackson ejackson@hedinllp.com

HI Joel,

What status hearing are you referencing?

Also, are you or Bonnie available to confer on the Hoang To matter pending in NDCA this week? We're generally available. Wednesday works well if that works on your side?

Thanks,

Arun G. Ravindran

**HEDIN LLP**

1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 203-4573
Mob: +1 (321) 537-0029
Fax: + 1 (305) 200-8801

---

**From:** Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Date:** Monday, October 14, 2024 at 4:27 PM
**To:** Arun Ravindran <aravindran@hedinllp.com>, DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>, jholt@hedinllp.com <jholt@hedinllp.com>, Elliot Jackson <ejackson@hedinllp.com>
**Subject:** RE: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Thanks, Arun. Do you have any objection to us requesting that we be allowed to attend the Court status hearing remotely?

Thanks,

Joel

**Joel Griswold**
Partner

**BakerHostetler**

One North Wacker Drive | Suite 3700
Chicago, IL 60606-2859
T +1.312.416.6238

jcgriswold@bakerlaw.com
bakerlaw.com



**From:** Arun Ravindran <aravindran@hedinllp.com>
**Sent:** Monday, October 14, 2024 3:22 PM
**To:** Griswold, Joel C. <jcgriswold@bakerlaw.com>; DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>; jholt@hedinllp.com; Elliot Jackson <ejackson@hedinllp.com>
**Subject:** Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Great.  Will mark this motion as unopposed and get on file.

Arun G. Ravindran



1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 203-4573
Mob: +1 (321) 537-0029
Fax: + 1 (305) 200-8801

---

**From:** Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Date:** Monday, October 14, 2024 at 4:21 PM
**To:** Arun Ravindran <aravindran@hedinllp.com>, DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>, jholt@hedinllp.com <jholt@hedinllp.com>, Elliot Jackson <ejackson@hedinllp.com>
**Subject:** RE: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Thanks, Arun – yes, we agree to these proposed deadlines.

Thanks,

Joel

**Joel Griswold**
Partner

BakerHostetler

One North Wacker Drive | Suite 3700
Chicago, IL 60606-2859
T +1.312.416.6238

jcgriswold@bakerlaw.com
bakerlaw.com

