# EXHIBIT 6

**From:** **DelGobbo, Bonnie Keane** bdelgobbo@bakerlaw.com 📎
**Subject:** RE: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management
**Date:** October 16, 2024 at 13:34
**To:** Arun Ravindran aravindran@hedinllp.com, Griswold, Joel C. jcgriswold@bakerlaw.com
**Cc:** Frank Hedin fhedin@hedinllp.com, jholt@hedinllp.com, Elliot Jackson ejackson@hedinllp.com

BD

Here is the draft joint mediation report required by the court's order, which will attach the mediator's report required by local rules. Please add your signature block and then send back for us to file, or you can file after adding your signature block.

We will get back to you on the other issues after we've confirmed our clients' position.

---

**From:** Arun Ravindran <aravindran@hedinllp.com>
**Sent:** Wednesday, October 16, 2024 12:15 PM
**To:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>; Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>; jholt@hedinllp.com; Elliot Jackson <ejackson@hedinllp.com>
**Subject:** Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Hello Bonnie,

No objection to Defendant filing the email.

With respect to deposition timing, can we set a time for a telephonic meet and confer regarding deposition scheduling. Plaintiffs intention is to resolve deposition scheduling this week so that if we need to involve the court we can do so as fast as practicable given the deadlines we are up against. Additionally, there is still the issue of Plaintiffs motion for interim appointment and the *Hoang To* case. I propose Friday at 3:00 p.m. Please let me know if that works and I will circulate a dial in.

Thanks,

Arun G. Ravindran

**HEDIN**LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 203-4573
Mob: +1 (321) 537-0029
Fax: + 1 (305) 200-8801

---

**From:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>
**Date:** Wednesday, October 16, 2024 at 12:36 PM
**To:** Arun Ravindran <aravindran@hedinllp.com>, Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>, jholt@hedinllp.com <jholt@hedinllp.com>, Elliot Jackson <ejackson@hedinllp.com>
**Subject:** RE: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Hi Arun,