# EXHIBIT 7

**Friday, October 25, 2024 at 13:14:34 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Alliance VPPA litigation - meet and confer |
| **Date:** | Thursday, October 24, 2024 at 6:01:13 PM Eastern Daylight Time |
| **From:** | Frank Hedin |
| **To:** | Adrian Barnes |
| **CC:** | jhammond@hammondlawpc.com, pblandler@hammondlawpc.com, acherniak@hammondlawpc.com, Elliot Jackson, Arun Ravindran, jholt@hedinllp.com, Tyler Somes, pbrandler@hammondlawpc.com |
| **Attachments:** | image001.png, image001.png |

Adrian: We will advise the courts that we exchanged correspondence with you, one of the plaintiff's counsel of record in the *Hoang To* action, to confer on our upcoming motions, and that you advised us that you were not familiar enough with the case to provide a position. Normally we would wait to file these motions until after receiving a substantive response from one of the other counsel of record for your client who knows what's going on in the case, but given recent developments that we recently learned about, we will be filing our motions tomorrow to protect the interests of class members in this litigation.

Incidentally, the email address I used for Ms. Brandler in my e-mails below, which you have now advised me is incorrect, is an e-mail address I copied and pasted from the signature block at the heading of the operative complaint in the *Hoang To* action -- so you may want to consider correcting that. I have added Ms. Brandler's correct e-mail address, provided by you below, to this thread.

Thanks.

Frank

Frank S. Hedin

**HEDIN**LLP

1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 357-2107
Fax: + 1 (305) 200-8801

---

**From:** Adrian Barnes <abarnes@hammondlawpc.com>
**Date:** Thursday, October 24, 2024 at 5:38 PM
**To:** Frank Hedin <fhedin@hedinllp.com>
**Cc:** jhammond@hammondlawpc.com <jhammond@hammondlawpc.com>, pblandler@hammondlawpc.com <pblandler@hammondlawpc.com>, acherniak@hammondlawpc.com <acherniak@hammondlawpc.com>, Elliot Jackson <ejackson@hedinllp.com>, Arun Ravindran <aravindran@hedinllp.com>, jholt@hedinllp.com <jholt@hedinllp.com>, Tyler Somes <tsomes@hedinllp.com>
**Subject:** Re: Alliance VPPA litigation - meet and confer

Frank,

I am, unfortunately, not familiar enough with this case to answer your questions. I cannot consult with my colleagues who are familiar with this case given that they are observing Jewish holidays. If you would like to discuss these issues with my colleagues and to understand my firm's position you will have to wait until Monday.

Adrian

NB. Ms. Brandler's correct email address is pbrandler@hammondlawpc.com

Adrian Barnes
Counsel
HammondLaw, PC
1201 Pacific Avenue
Suite 600
Tacoma, WA 98402
Main: 206-707-9366, 310-807-1666
Direct: 510-316-9926
Facsimile: 310-295-2385

This email message, including any attachments, is from an attorney with HammondLaw, P.C.  It is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.

If you are not the intended recipient, please contact the sender by reply email and immediately destroy all copies of the original message.  Thank you.

On Thu, Oct 24, 2024 at 1:55 PM Frank Hedin <fhedin@hedinllp.com> wrote:

> Adrian: since you are also counsel of record on the case, perhaps you could tell me your client's position. Although you neglected to disclose our first-filed *Feller* case as a related matter to the court presiding over your case – in either the civil cover sheet, a notice of related case, or otherwise -- defendants' counsel advised us several weeks ago that they made you aware of our case shortly after you filed your case, that they asked you to dismiss your case in light of our earlier-filed case, and that you refused to do so.  You have thus had significant time to consider the issues of whether your case should be dismissed and of which attorneys are best suited to represent the interests of the putative classes.  Given this background, and your status as one of plainitff's counsel of record, we intend to file our papers in both cases at noon tomorrow.  If we do not have a response from you by then, we will advise the courts that we were unable to obtain your position. Thanks.
>
> Frank S. Hedin
>
> 1395 Brickell Avenue, Suite 610
> Miami, Florida 33131
> Tel: + 1 (305) 357-2107

Fax: + 1 (305) 200-8801

---

**From:** Adrian Barnes <abarnes@hammondlawpc.com>
**Date:** Thursday, October 24, 2024 at 4:34 PM
**To:** Frank Hedin <fhedin@hedinllp.com>
**Cc:** jhammond@hammondlawpc.com <jhammond@hammondlawpc.com>, pblandler@hammondlawpc.com <pblandler@hammondlawpc.com>, acherniak@hammondlawpc.com <acherniak@hammondlawpc.com>, Elliot Jackson <ejackson@hedinllp.com>, Arun Ravindran <aravindran@hedinllp.com>, jholt@hedinllp.com <jholt@hedinllp.com>
**Subject:** Re: Alliance VPPA litigation - meet and confer

Mr. Hedin,

My colleagues are unavailable today and tomorrow, and cannot be reached, due to their observance of religious holidays. The first opportunity they will have to respond to your email will be on Monday,

Best,

Adrian Barnes
Counsel
HammondLaw, PC
1201 Pacific Avenue
Suite 600
Tacoma, WA 98402
Main: 206-707-9366, 310-807-1666
Direct: 510-316-9926
Facsimile: 310-295-2385

This email message, including any attachments, is from an attorney with HammondLaw, P.C.  It is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.

If you are not the intended recipient, please contact the sender by reply email and immediately destroy all copies of the original message.  Thank you.

On Thu, Oct 24, 2024 at 12:58 PM Frank Hedin <fhedin@hedinllp.com> wrote:
> Counsel:
> We represent the plaintiffs and putative classes in *Feller et al. v. Alliance Entertainment, LLC et al.*, case no. Case No. 0:24-cv-61444, pending in the Southern District of Florida; a copy of the complaint in the *Feller* case is attached. We

understand you represent a plaintiff in a duplicative, later-filed VPPA case in N.D. Cal., against one of the two defendants named in our case.  We intend to file a motion for interim appointment of class counsel in our first-filed case, as well as a motion to intervene and to stay or dismiss your case in N.D. Cal.  I tried reaching you by phone earlier today but was unable to reach you.  Please let us know by noon tomorrow if you will consent to the relief sought in these motions or if you will oppose.  Happy to answer any questions you may have about our forthcoming motions.
Thanks.

Frank S. Hedin
**HEDIN** LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 357-2107
Fax: + 1 (305) 200-8801