# EXHIBIT 1

Friday, October 25, 2024 at 12:42:05 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management |
| **Date:** | Thursday, October 24, 2024 at 10:38:35 AM Eastern Daylight Time |
| **From:** | Frank Hedin |
| **To:** | DelGobbo, Bonnie Keane, Arun Ravindran, Griswold, Joel C. |
| **CC:** | jholt@hedinllp.com, Elliot Jackson, earribas@hedinllp.com |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, image005.png, image006.png |

Yes. We will circulate a dial-in.

Frank S. Hedin

HEDIN LLP

1395 Brickell Avenue, Suite 610

Miami, Florida 33131

Tel: + 1 (305) 357-2107

Fax: + 1 (305) 200-8801

---

**From:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>
**Date:** Thursday, October 24, 2024 at 10:34 AM
**To:** Frank Hedin <fhedin@hedinllp.com>, Arun Ravindran <aravindran@hedinllp.com>, Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** jholt@hedinllp.com <jholt@hedinllp.com>, Elliot Jackson <ejackson@hedinllp.com>
**Subject:** RE: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Ok, we can call you this afternoon around 2:30pm CT. Does that work?

---

**From:** Frank Hedin <fhedin@hedinllp.com>
**Sent:** Thursday, October 24, 2024 9:12 AM
**To:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>; Arun Ravindran <aravindran@hedinllp.com>; Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** jholt@hedinllp.com; Elliot Jackson <ejackson@hedinllp.com>
**Subject:** Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

No, we're not waiting until Tuesday of next week to meet and confer with you on this. We've been asking you to meet and confer on this for the past 2 weeks, and you have repeatedly ignored us. We will advise the court of your refusal to meet and confer in the motion we file today. Thanks.


Frank S. Hedin

HEDIN LLP

1395 Brickell Avenue, Suite 610

Miami, Florida 33131

1 of 9

Tel: + 1 (305) 357-2107
Fax: + 1 (305) 200-8801

**From:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>
**Date:** Thursday, October 24, 2024 at 10:09 AM
**To:** Frank Hedin <fhedin@hedinllp.com>, Arun Ravindran <aravindran@hedinllp.com>, Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** jholt@hedinllp.com <jholt@hedinllp.com>, Elliot Jackson <ejackson@hedinllp.com>
**Subject:** RE: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Hi Frank,

We just responded to Arun separately. We're happy to set up a call for Tuesday of next week and are pretty flexible on timing that day if you want to let us know what works for you.

Best,
Bonnie

**From:** Frank Hedin <fhedin@hedinllp.com>
**Sent:** Thursday, October 24, 2024 9:07 AM
**To:** Arun Ravindran <aravindran@hedinllp.com>; DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>; Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** jholt@hedinllp.com; Elliot Jackson <ejackson@hedinllp.com>
**Subject:** Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Bonnie: We will be filing our motion for interim appointment today. And in the motion we will advise the court that you have refused to meet and confer with us or provide us with your position on our request for interim appointment after numerous e-mails and attempted phone calls over the past week+. If your client is willing to meet and confer with us today before we file, please let us know immediately. Thank you.

Frank S. Hedin

**HEDIN**LLP

1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 357-2107
Fax: + 1 (305) 200-8801

**From:** Arun Ravindran <aravindran@hedinllp.com>
**Date:** Monday, October 21, 2024 at 3:13 PM
**To:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>, Griswold, Joel C. <jcgriswold@bakerlaw.com>

**Cc:** Frank Hedin <fhedin@hedinllp.com>, jholt@hedinllp.com <jholt@hedinllp.com>, Elliot Jackson <ejackson@hedinllp.com>
**Subject:** Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Good Afternoon Bonnie,

Following up on the items below.  We will be filing motions regarding items 2 and 3 on Wednesday and if we are unable to confer before then we will advise the Court that Defendant's position could not be ascertained.

Thanks,

Arun G. Ravindran
**HEDIN**LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 203-4573
Mob: +1 (321) 537-0029
Fax: + 1 (305) 200-8801

---

**From:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>
**Date:** Wednesday, October 16, 2024 at 12:36 PM
**To:** Arun Ravindran <aravindran@hedinllp.com>, Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>, jholt@hedinllp.com <jholt@hedinllp.com>, Elliot Jackson <ejackson@hedinllp.com>
**Subject:** RE: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Hi Arun,

We are conferring with the client on these issues and will get back to you.

Please confirm we may file Judge Holderman's email as our required mediation report. If you want him to draft something else as the report, you will need to let him know as soon as possible since it is due tomorrow.

Thanks,
Bonnie

---

**From:** Arun Ravindran <aravindran@hedinllp.com>
**Sent:** Tuesday, October 15, 2024 3:56 PM
**To:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>; Griswold, Joel C. <jcgriswold@bakerlaw.com>

**Cc:** Frank Hedin <fhedin@hedinllp.com>; jholt@hedinllp.com; Elliot Jackson <ejackson@hedinllp.com>
**Subject:** Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Hi Bonnie,

We disagree that the second week of January works.  As we noted in the motion you referenced – our pleadings amendment deadline of 12.22 contemplates deposing Defendants' corporate rep. before the pleading amendment deadline.  If moving the deposition forward towards the originally noticed 11/15 date helps, we are willing to discuss.

At any rate, here are topics for a meet and confer:

1. Deposition scheduling (as described above and in my prior email)
2. Defendants' position on Plaintiffs' forthcoming motion seeking interim appointment as class counsel.
3. Defendants' intent with respect to the *Hoang* matter.  Specifically, Plaintiff wants to discuss whether Defendant intends to dismiss *Hoang* under the first-filed doctrine or to move to transfer *Hoang* to the SDFL.  Alternatively, we'd like to discuss Defendants' position on a motion by Plaintiffs to intervene in the *Hoang* matter and a potential motion by Plaintiffs to dismiss the *Hoang* case on first filed grounds.

I agree, that the issue of initial disclosures is resolved by Defendants' production of initial disclosures, as represented, on October 21, 2024.

Please let me know when we can confer this week.

Thanks,

Arun G. Ravindran
**HEDIN**LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 203-4573
Mob: +1 (321) 537-0029
Fax: + 1 (305) 200-8801

---

**From:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>
**Date:** Tuesday, October 15, 2024 at 2:59 PM
**To:** Arun Ravindran <aravindran@hedinllp.com>, Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>, jholt@hedinllp.com <jholt@hedinllp.com>, Elliot Jackson <ejackson@hedinllp.com>
**Subject:** RE: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Hi Arun,

Your motion asks that the class cert discovery deadline be moved to Feb. 7, so the second week of January would still work with that date if your motion is granted.

We've also agreed to make our Rule 26(a) disclosures by 10/21, so I think that issue is resolved.

To the extent you have other issue you wanted to discuss, will you please send us a description of the substance of what you are requesting?

Best,
Bonnie

**From:** Arun Ravindran <aravindran@hedinllp.com>
**Sent:** Tuesday, October 15, 2024 12:10 PM
**To:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>; Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>; jholt@hedinllp.com; Elliot Jackson <ejackson@hedinllp.com>
**Subject:** Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Good Afternoon Bonnie,

We cannot take the deposition of the Defendants corporate representatives in the second week of January.  This is after the deadline for class certification discovery of 1/7.  We would be willing to add deposition scheduling to the meet and confer which we requested yesterday, October 14, 2024 and to work with you on nailing down a date in early December.  Please let us know your availability to discuss that and the Hoang-To case this week.

Thanks,

Arun G. Ravindran
**HEDIN**LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 203-4573
Mob: +1 (321) 537-0029
Fax: + 1 (305) 200-8801

**From:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>
**Date:** Tuesday, October 15, 2024 at 12:01 PM
**To:** Arun Ravindran <aravindran@hedinllp.com>, Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>, jholt@hedinllp.com <jholt@hedinllp.com>, Elliot Jackson <ejackson@hedinllp.com>
**Subject:** RE: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case

Management

Good morning Arun,

The client is not available for deposition in the December timeframe but could be available the second week of January.

Best,
Bonnie

---

**From:** Arun Ravindran <aravindran@hedinllp.com>
**Sent:** Monday, October 14, 2024 3:22 PM
**To:** Griswold, Joel C. <jcgriswold@bakerlaw.com>; DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>; jholt@hedinllp.com; Elliot Jackson <ejackson@hedinllp.com>
**Subject:** Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Great. Will mark this motion as unopposed and get on file.

Arun G. Ravindran
**HEDIN**LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 203-4573
Mob: +1 (321) 537-0029
Fax: + 1 (305) 200-8801

---

**From:** Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Date:** Monday, October 14, 2024 at 4:21 PM
**To:** Arun Ravindran <aravindran@hedinllp.com>, DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>, jholt@hedinllp.com <jholt@hedinllp.com>, Elliot Jackson <ejackson@hedinllp.com>
**Subject:** RE: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Thanks, Arun – yes, we agree to these proposed deadlines.

Thanks,

Joel

**Joel Griswold**
Partner

**BakerHostetler**
One North Wacker Drive | Suite 3700

Chicago, IL 60606-2859
T +1.312.416.6238

jcgriswold@bakerlaw.com
bakerlaw.com



---

**From:** Arun Ravindran <aravindran@hedinllp.com>
**Sent:** Monday, October 14, 2024 3:08 PM
**To:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>; Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>; jholt@hedinllp.com; Elliot Jackson <ejackson@hedinllp.com>
**Subject:** Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Good Afternoon Bonnie and Joel,

Please see attached the proposed order on the Motion to Extend Deadlines.  We are under time pressure to file this motion because the pleading amendment deadline falls one week from tomorrow.  As such, we will be filing this this COB today.  Unless we are able to obtain Defendant's position, we note in our Rule 7.3 conference statement that we were unable to ascertain Defendant's position at the time of filing.

Thanks,

Arun G. Ravindran
**HEDIN** LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 203-4573
Mob: +1 (321) 537-0029
Fax: + 1 (305) 200-8801

---

**From:** Arun Ravindran <aravindran@hedinllp.com>
**Date:** Monday, October 14, 2024 at 9:34 AM
**To:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>, Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>, jholt@hedinllp.com <jholt@hedinllp.com>, Elliot Jackson <ejackson@hedinllp.com>
**Subject:** Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Thank you.  Please advise on Defendant's position regarding the extension.

Arun G. Ravindran
**HEDIN**LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 203-4573
Mob: +1 (321) 537-0029
Fax: + 1 (305) 200-8801

---

**From:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>
**Date:** Friday, October 11, 2024 at 4:47 PM
**To:** Arun Ravindran <aravindran@hedinllp.com>, Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>, jholt@hedinllp.com <jholt@hedinllp.com>, Elliot Jackson <ejackson@hedinllp.com>
**Subject:** RE: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Hi Arun,

The dates you're proposing below for Plaintiffs' and Defendants' written discovery responses are fine. We'd like until 10/21 for initial disclosures.

We're checking with the client on the other items and will circle back next week.

Best,
Bonnie

---

**From:** Arun Ravindran <aravindran@hedinllp.com>
**Sent:** Thursday, October 10, 2024 5:34 PM
**To:** Griswold, Joel C. <jcgriswold@bakerlaw.com>; DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>; jholt@hedinllp.com; Elliot Jackson <ejackson@hedinllp.com>
**Subject:** Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

[External Email: Use caution when clicking on links or opening attachments.]

Good Evening Bonnie and Joel,

Plaintiffs served initial discovery requests on September 12, 2024.  Plaintiff also provided its Rule 26(a) initial disclosures on September 12, 2024.  Plaintiff agreed to Defendants' request to pause its obligation to respond to discovery on September 17, 2024 pending the mediation.  As such, I calculate the date for Defendants' discovery responses as

**November 4, 2024**.

Defendants served discovery on October 4, 2024 during the agreed discovery pause. As set forth in my email of October 5, 2024, Plaintiffs understand their discovery response date to **November 11, 2024**, the Monday after November 9, 2024.

Plaintiff requested on September 12, 2024 that Defendant make its Rule 26 initial disclosures by September 19, 2024. Defendants did not respond to that request. Plaintiffs request that Defendant make its initial disclosures by **Monday October 14, 2024**. If Defendant will not produce its initial disclosures by then, Plaintiffs seek to confer. I am available all day tomorrow.

With respect to the other dates please advise if Defendants have a different view.

Plaintiff will be seeking to modify the deadline to file an amended complaint by 60 days and all other court ordered deadlines by 30 days to account for the roughly one-month period pending mediation. Please advise Defendants' position.

Further, Plaintiff will be seeking to re-notice Defendants' corporate representative deposition to occur two weeks from November 15, 2024, on or about December 2, 2024. Please let us know availability so we can coordinate the exact date and time.

Thanks very much,
Arun G. Ravindran
**HEDIN** LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 203-4573
Mob: +1 (321) 537-0029
Fax: + 1 (305) 200-8801

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.