EXHIBIT 4

**From:** Arun Ravindran aravindran@hedinllp.com 📎
**Subject:** Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management
**Date:** October 15, 2024 at 14:09
**To:** DelGobbo, Bonnie Keane bdelgobbo@bakerlaw.com, Griswold, Joel C. jcgriswold@bakerlaw.com
**Cc:** Frank Hedin fhedin@hedinllp.com, jholt@hedinllp.com, Elliot Jackson ejackson@hedinllp.com



Hello Bonnie and Joel,

Further, can we discuss on the meet and confer call the mediators report as well as Defendant's position on our firm seeking interim appointment as class counsel? Thanks,

Arun G. Ravindran

**HEDIN** LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 203-4573
Mob: +1 (321) 537-0029
Fax: + 1 (305) 200-8801

---

**From:** Arun Ravindran <aravindran@hedinllp.com>
**Date:** Tuesday, October 15, 2024 at 1:10 PM
**To:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>, Griswold, Joel C. <jcgriswold@bakerlaw.com>
**Cc:** Frank Hedin <fhedin@hedinllp.com>, jholt@hedinllp.com <jholt@hedinllp.com>, Elliot Jackson <ejackson@hedinllp.com>
**Subject:** Re: Feller, et. al. v. Alliance Entertainment, et. al. - Discovery and Case Management

Good Afternoon Bonnie,

We cannot take the deposition of the Defendants corporate representatives in the second week of January.  This is after the deadline for class certification discovery of 1/7.  We would be willing to add deposition scheduling  to the meet and confer which we requested yesterday, October 14, 2024 and to work with you on nailing down a date in early December.  Please let us know your availability to discuss that and the Hoang-To case this week.

Thanks,

Arun G. Ravindran
**HEDIN** LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
Tel: + 1 (305) 203-4573
Mob: +1 (321) 537-0029
Fax: + 1 (305) 200-8801

---

**From:** DelGobbo, Bonnie Keane <bdelgobbo@bakerlaw.com>