IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>ALLIANCE ENTERTAINMENT, LLC; et al.,<br><br>   Defendants. | Case No. 0:24-cv-61444-RAR<br><br>Hon. Rodolfo A. Ruiz II |

### NOTICE OF FILING DECLARATION OF BONNIE DELGOBBO IN RESPONSE TO THE DECLARATIONS OF FRANK S. HEDIN (ECF NOS. 39, 41)

Please take notice that Defendants Alliance Entertainment, LLC ("Alliance") and DirectToU, LLC ("DirectToU") hereby submit the attached Declaration of Bonnie DelGobbo in Response to the Declarations of Frank S. Hedin (ECF Nos. 39, 41). This declaration is submitted to correct factual inaccuracies in the Declaration of Frank S. Hedin in Support of Plaintiffs' Motion for Appointment of Interim Class Counsel (ECF No. 39) and the Declaration of Frank S. Hedin in Support of Plaintiffs' Opposition to Defendants' Motion to Stay (ECF No. 41).

Dated:  October 29, 2024      Respectfully submitted,

                        /s/ Joel Griswold
                        Joel Griswold (Florida Bar No. 1008827)
                        Bonnie Keane DelGobbo (*pro hac vice*)
                        Baker & Hostetler LLP
                        One North Wacker Drive
                        Suite 3700
                        Chicago, Illinois 60606
                        T: (312) 416-6200
                        F: (312) 416-6201
                        jcgriswold@bakerlaw.com
                        bdelgobbo@bakerlaw.com

*Attorneys for Defendants*
*Alliance Entertainment, LLC*
*DirectToU, LLC,*
*d/b/a Collectors' Choice Music*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on October 29, 2024, the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which will provide notice of such filing to all parties of record.

/s/ Joel Griswold
Joel Griswold