**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

| | |
|---|---|
| DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 0:24-CV-61444-RAR |
| v. | |
| ALLIANCE ENTERTAINMENT, LLC; and DIRECTTOU, LLC d/b/a Collectors' Choice Music, Critics' Choice Video, Movies Unlimited, DeepDiscount, and WOW HD, | Hon. Rodolfo A. Ruiz II |
| Defendants. | |

## NOTICE OF CONSTITUTIONAL QUESTION

To:     Merrick B. Garland
        Attorney General for the United States
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001

**PLEASE TAKE NOTICE**, pursuant to Fed. R. Civ. P. 5.1(a)(1)(A), that Defendants

Alliance Entertainment, LLC's ("Alliance") and DirectToU, LLC's ("DirectToU") Motion to

Dismiss Plaintiff's Class Action Complaint questions the constitutionality of the federal Video

Privacy Protection Act, 18 U.S.C. § 2710. Specifically, Alliance and DirectToU argue that the

VPPA is an unconstitutional restraint on speech in violation of the First Amendment of the United

States Constitution. A copy of this Notice of Constitutional Question and a copy of Alliance's and

DirectToU's Motion to Dismiss are being served upon the United States Attorney General.

Dated:  November 1, 2024

Respectfully submitted,

*/s/ Joel Griswold*

Joel Griswold (Florida Bar No. 1008827)
Bonnie Keane DelGobbo (*pro hac vice*)
Baker & Hostetler LLP
One N. Wacker Dr., Ste. 3700
Chicago, Illinois 60606
T: (312) 416-6200
F: (312) 416-6201
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com

*Attorneys for Defendants Alliance*
*Entertainment, LLC and DirectToU, LLC,*
*d/b/a Collectors' Choice Music*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on November 1, 2024, the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which will provide notice of such filing to all parties of record. The undersigned attorney further certifies that on November 1, 2024, the foregoing document was sent via U.S. Certified Mail, Return Receipt Requested, to:

U.S. Attorney General
Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*/s/ Joel Griswold*
Joel Griswold