**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

DOUGLAS FELLER; JEFFRY HEISE;
JOSEPH MULL, individually and on behalf
of all others similarly situated,

          Plaintiffs,

      v.

ALLIANCE ENTERTAINMENT, LLC;
and DIRECTTOU, LLC d/b/a Collectors'
Choice Music, Critics' Choice Video,
Movies Unlimited, DeepDiscount, and
WOW HD,

          Defendants.

Case No. 0:24-CV-61444-RAR

Hon. Rodolfo A. Ruiz II

<u>**NOTICE OF SUPPLEMENTAL AUTHORITY**</u>

In accordance with Local Rule 7.8, Defendants Alliance Entertainment, LLC ("Alliance") and DirectToU, LLC ("DirectToU") (collectively, "Defendants"), by and through their undersigned counsel, hereby give notice of the Motion for Preliminary Approval of Class Action Settlement in *Hoang To v. DirectToU, LLC*, No. 3:24-CV-06447-WHO (N.D. Cal.) (attached hereto as Exhibit 1), which supports Defendants' pending Motion to Stay (ECF Nos. 36, 47) and which was filed after briefing on the Motion to Stay closed.

The reason for the supplemental citation is that the class settlement in the *Hoang To* action covers all claims in this case. *See, e.g.*, *Exhibit 1* at 3, 6 (summary of investigation and settlement efforts and defining the classes); ECF No. 47 at 3-4.

Dated: November 5, 2024

Respectfully submitted,

*/s/ Joel Griswold*
Joel Griswold (Florida Bar No. 1008827)

Bonnie Keane DelGobbo (*pro hac vice*)
Baker & Hostetler LLP
One N. Wacker Dr., Ste. 3700
Chicago, Illinois 60606
T: (312) 416-6200
F: (312) 416-6201
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com

*Attorneys for Defendants Alliance*
*Entertainment, LLC and DirectToU, LLC,*
*d/b/a Collectors' Choice Music*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on November 5, 2024, the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which will provide notice of such filing to all parties of record.

<i>/s/ Joel Griswold</i><br>Joel Griswold