IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE ENTERTAINMENT, LLC; et al.,<br><br>Defendants. | Case No. 0:24-cv-61444-RAR<br><br>Hon. Rodolfo A. Ruiz II |

**DEFENDANTS' MOTION FOR 7-DAY EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM
CLASS COUNSEL**

Defendants Alliance Entertainment, LLC ("Alliance") and DirectToU, LLC ("DirectToU")(collectively, "Defendants"), by and through their undersigned counsel, hereby move for entry of an Order granting a 7-day extension of time to respond to Plaintiffs' Motion for Appointment of Interim Class Counsel, until November 19, 2024, and in support state as follows:

1. On October 24, 2024, Defendants filed their Motion to Stay in light of the executed settlement agreement and motion for preliminary approval in an action pending in the Northern District of California ("Motion to Stay"). *See Hoang To v. DirectToU, LLC,* Case No 3:24-cv-06447-WHO (N.D. Cal.)

2. The Court in this action scheduled a hearing on Defendants' Motion to Stay on November 12, 2024, as well as a status conference on pending motions. *See* Paperless Order (ECF No. 48).[1]

---

[1] Similarly, on November 5, 2024, in *Hoang To v. DirectToU, LLC,* Case No 3:24-cv-06447-WHO (N.D. Cal.), the Court set a case management hearing directing the parties in that case and Plaintiffs (as proposed intervenors) for the

3. Defendants' response to Plaintiffs' Motion for Appointment of Interim Class Counsel[2] is also currently due November 12, 2024 – the same day as the hearing on the fully briefed Motion to Stay.

4. If Defendants' pending Motion to Stay is granted, it would be unnecessary to respond to Plaintiffs' Motion for Appointment of Interim Class Counsel. Defendants respectfully requests a brief extension of time by which to file a response to Plaintiffs' Motion for Appointment of Interim Class Counsel. Specifically, Defendants move for a 7-day extension to file their response to Plaintiffs' Motion for Appointment of Interim Class Counsel, until November 19, 2024.

5. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(1)(J), good cause for the extension exists because the brief extension will allow Defendants to avoid incurring potentially unnecessary expense in preparing a response before the Court rules on Defendants' pending Motion to Stay.

6. This extension is sought in good faith and not for purpose of improper delay.

7. On November 6, 2024, Defendants' counsel conferred via Zoom with Plaintiffs' counsel regarding the requested relief. During the call, Plaintiffs' counsel represented that Plaintiffs oppose Defendants' request for a 7-day extension of time and will be filing a response in opposition.

WHEREFORE, Defendants Alliance Entertainment, LLC and DirectToU, LLC respectfully request entry of an Order granting a 7-day extension of time to respond to Plaintiffs' Motion for Appointment of Interim Class Counsel, until November 19, 2024, and for any other relief the court may deem just and proper.

---

afternoon of November 12, 2024. *Hoang To v. DirectToU, LLC,* Case No 3:24-cv-06447-WHO (N.D. Cal.) at ECF No. 30.

[2] Plaintiffs' counsel are the only counsel of record in this action. The plaintiff's counsel in *Hoang To v. DirectToU, LLC,* Case No 3:24-cv-06447-WHO (N.D. Cal.) have not appeared in this action.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that the undersigned conferred with Plaintiffs' counsel via Zoom on November 6, 2024 at 4 p.m. ET regarding the relief requested herein, but Plaintiffs oppose the relief and the Parties are at impasse.

Dated:  November 6, 2024

Respectfully submitted,

*/s/ Joel C. Griswold*
Joel C. Griswold (Florida Bar No. 1008827)
Bonnie Keane DelGobbo (*pro hac vice*)
Baker & Hostetler LLP
One North Wacker Drive
Suite 3700
Chicago, Illinois 60606
T: (312) 416-6200
F: (312) 416-6201
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com

*Attorneys for Defendants*
*Alliance Entertainment, LLC*
*DirectToU, LLC,*
*d/b/a Collectors' Choice Music*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on November 6, 2024, the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which will provide notice of such filing to all parties of record.

*/s/ Joel Griswold*
Joel Griswold