IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE ENTERTAINMENT, LLC; et al.,<br><br>Defendants. | Case No. 0:24-cv-61444-RAR<br><br>Hon. Rodolfo A. Ruiz II |

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

This matter coming before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiffs' Motion for Appointment of Interim Class Counsel ("Motion"), and the Court finding good cause therefor, it is hereby ORDERED that Defendants' Motion is GRANTED. Defendants shall have up to and including November 19, 2024 to file its response to Plaintiffs' Motion for Appointment of Interim Class Counsel.

ENTERED this _____ day of _____, 2024.

_____
Hon. Rodolfo A. Ruiz II
United States District Judge

Copies furnished to all counsel of record