UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-61444-RAR

**DOUGLAS FELLER**, *et al.*,

    Plaintiffs,

v.

**ALLIANCE ENTERTAINMENT, LLC**, *et al.*,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' EXPEDITED MOTION TO STAY

**THIS CAUSE** comes before the Court upon Defendants' Expedited Motion to Stay Pending Preliminary Approval ("Motion to Stay"), [ECF No. 36]. The Motion to Stay, filed on October 24, 2024, requests that the Court enter a stay in this action pending disposition of a Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval") in a related putative class action lawsuit pending in the United States District Court for the Northern District of California. *See Hoang To v. DirectToU, LLC*, No. 3:24-cv-06447, ECF No. 26, (N.D. Cal. Nov. 4, 2024) ("*Hoang To* Action"). Separately, in the instant case, Plaintiffs filed a Motion to Appoint Class Counsel, [ECF No. 38], on October 27, 2024, and Defendants filed a Motion to Dismiss, [ECF No. 45], on November 1, 2024.

The Court held a hearing on the Motion to Stay, as well as a status conference on the Motion to Appoint Class Counsel and the Motion to Dismiss on November 12, 2024, ("Hearing") [ECF No. 52]. Accordingly, the Court having reviewed the record and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Stay, [ECF No. 36], is **GRANTED**. As discussed on the record at the Hearing, the pending Motion for Preliminary Approval in the *Hoang To* Action could "have

a substantial or controlling effect on the claims and issues in this case," providing good cause to enter a stay. *Miccosukee Tribe of Indians of Fla. v. S. Fla. Water Mgmt. Dist.*, 559 F.3d 1191, 1198 (11th Cir. 2009). Accordingly, this action shall be **STAYED** pending disposition of the Motion for Preliminary Approval.

2. The parties shall provide the Court with a joint status report regarding the progress of the *Hoang To* Action no later than **fourteen (14) days** from the date of this Order.

3. Plaintiffs' Motion to Appoint Class Counsel, [ECF No. 38], and Defendants' Motion to Dismiss, [ECF No. 45], are **DENIED** *without prejudice and with leave to refile*.

4. The Clerk is directed to **CLOSE** this case temporarily for **administrative purposes only**. To be clear, the administrative closure of this case does not impact or negate the responsibility of Defendants and third parties to preserve and retain discovery materials relevant to this action.

**DONE AND ORDERED** in Miami, Florida, this 12th day of November, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**