# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-CV-61444-RAR

| | |
|---|---|
| DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br> v.<br><br>ALLIANCE ENTERTAINMENT, LLC; AND DIRECTTOU, LLC D/B/A COLLECTORS' CHOICE MUSIC, CRITICS' CHOICE VIDEO, MOVIES UNLIMITED, DEEPDISCOUNT, AND WOW HD,<br><br>      Defendants. | |

## JOINT STATUS REPORT

Plaintiffs Douglas Feller, Jeffry Heise, and Joseph Mull (collectively, "Plaintiffs"), and Defendants Alliance Entertainment, LLC and DirectToU, LLC (collectively, "Defendants") submit this Joint Status Report and state as follows:

1. The court presiding over *Hoang To v. DirectToU, LLC*, No 3:24-CV-06447-WHO (N.D. Cal.) has set a hearing for December 4, 2024 to address the Motion to Intervene in and to Dismiss, or Alternatively, to Stay or Transfer filed by proposed intervenors Feller, Heise, and Mull (the Plaintiffs in this action), and the Motion for Preliminary Approval of Class Action Settlement filed by plaintiff Hoang To.

2. The parties will promptly submit another joint status report following the Court's resolution of these pending motions.

Dated: November 26, 2024         Respectfully submitted,

/s/ Bonnie Keane DelGobbo
Joel Griswold (Florida Bar No. 1008827)
Bonnie Keane DelGobbo (*pro hac vice*)
Baker & Hostetler LLP
One N. Wacker Dr., Ste. 3700
Chicago, Illinois 60606
T: (312) 416-6200
F: (312) 416-6201
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com

*Attorneys for Defendants Alliance Entertainment, LLC and DirectToU, LLC, d/b/a Collectors' Choice Music*

Dated: November 26, 2024         Respectfully submitted,

/s/ Frank S. Hedin
Frank S. Hedin (FBN 109698)
HEDIN LLP
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinllp.com

*Attorney for Plaintiffs and Putative Classes*