# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DOUGLAS FELLER; JEFFRY HEISE; and JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br>  v.<br><br>ALLIANCE ENTERTAINMENT, LLC; and DIRECTTOU, LLC D/B/A COLLECTORS' CHOICE MUSIC, CRITICS' CHOICE VIDEO, MOVIES UNLIMITED, DEEPDISCOUNT, AND WOW HD,<br><br>               Defendant. | Case No. 0:24-cv-61444 |

## NOTICE OF MOTION FOR WITHDRAWAL OF ARUN G. RAVINDRAN AS COUNSEL FOR PLAINTIFFS

Plaintiffs, by and through the undersigned, hereby move this Court to allow the undersigned to withdraw as counsel of record in this matter because he is leaving employment at Hedin LLP.  Counsel at Hedin LLP will remain as counsel of record.  Counsel for Defendant consents to the relief sought herein.

Date: January 31, 2025

 

Respectfully submitted,

**HEDIN LLP**

*/s/ Arun G. Ravindran*
Arun G. Ravindran (FBN: 66247)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: Aravindran@hedinllp.com