**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

| | |
|---|---|
| DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>ALLIANCE ENTERTAINMENT, LLC; AND DIRECTTOU, LLC D/B/A COLLECTORS' CHOICE MUSIC, CRITICS' CHOICE VIDEO, MOVIES UNLIMITED, DEEPDISCOUNT, AND WOW HD,<br><br>    Defendant. | Case No. 0:24-cv-61444 |

## [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Permit Arun Ravindran, Esq. to Withdraw as Counsel of Record. The Court has considered the motion and the record. It is thereupon: ORDERED AND ADJUDGED that the Plaintiff's motion is GRANTED. The Clerk of the Court is directed to remove Arun Ravindran, Esq. as attorney of record.

DONE AND ORDERED on this __ day of February 2025.

_____
Hon. Rodolfo A. Ruiz, II
United States District Judge