UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DOUGLAS FELLER; JEFFRY HEISE; JOSEPH MULL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLIANCE ENTERTAINMENT, LLC; and DIRECTTOU, LLC,<br><br>    Defendants. | Case No. 0:24-cv-61444-RAR<br><br>Hon. Rodolfo A. Ruiz II |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Douglas Feller, Jeffry Heise, and Joseph Mull hereby dismiss the above-entitled action against defendants Alliance Entertainment, LLC and DirectToU, LLC without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: February 7, 2025

Respectfully submitted,

*/s/ Frank S. Hedin*
Frank S. Hedin (FBN 109698)
**HEDIN LLP**
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail:  fhedin@hedinllp.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on February 7, 2025, the foregoing document was filed with the Clerk of the Court via the CM/ECF system, which will provide notice of such filing to all parties of record.

*/s/ Frank S. Hedin*
Frank S. Hedin