UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-61444-RAR

**DOUGLAS FELLER**, *et al.*,

    Plaintiffs,

v.

**ALLIANCE ENTERTAINMENT, LLC**, *et al.*,

    Defendants.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal Without Prejudice ("Notice"), [ECF No. 60], filed on February 7, 2025. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *without prejudice*. Any pending motions are **DENIED as MOOT**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 7th day of February, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**